O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONE LAMAR BROWN, | Case No. CV 14-8936-DMG (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RANDY GROUNDS (Warden), | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with  prejudice.

DATED:  June 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE