JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONE LAMAR BROWN,<br><br>            Petitioner,<br>vs.<br><br>RANDY GROUNDS (Warden),<br><br>           Respondent. | Case No. CV 14-8936-DMG-(KES)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 8, 2016

                                                                              */s/ Dolly M. Gee*<br>
                                                                             DOLLY M. GEE<br>
                                                                             UNITED STATES DISTRICT JUDGE